# ADDABBO & GREENBERG
ATTORNEYS & COUNSELORS AT LAW
118-21 QUEENS BOULEVARD, SUITE 306
FOREST HILLS, NY 11375

TODD D. GREENBERG
DOMINIC L. ADDABBO*
TAMMI D. PERE

COUNSEL TO THE FIRM:
HYMAN J. GREENBERG
JOSEPH P. ADDABBO, JR.
JILL C. STONE

*N.Y. & FLA. BAR

TELEPHONE:
(718) 268-0400
(718) 793-0807

FAX:
(718) 575-9869

WEBSITES:
QUEENSLAW.COM
ADDABBOANDGREENBERG.COM

September 19, 2005

FILED
IN CLERK'S OFFICE
U.S. ___ ___ E.D.N.Y.

★ SEPT 21 2005 ★

BROOKLYN OFFICE

**VIA FAX (718) 260-2497**
**And VIA UPS OVERNIGHT**

Hon. Reena Raggi
United States Circuit Court Judge
40 Foley Square
New York, New York 10002

Re: **USA v. Hector Santana**
CR 91-0414 (RR)
Surrender Date: September 22, 2005

*[Handwritten note:]* The court requests that the U.S. Attorney & Probation state their position on this request on or before 9/20 at noon. So Ordered. s/Reéna Raggi USCJ 9/20/05
Notice: all parties

D+F

Dear Judge Raggi:

Please be advised this office represents the above-named Defendant.

Reference is made to the proceedings herein and Mr. Santana's sentence on August 23, 2005 of 5 months and 24 days to commence September 22, 2005 at 12 p.m. (Judgment Enclosed)

In early September I learned that Mr. Santana was hospitalized and had an emergency cardiac stent placement.

I am enclosing a letter from Dr. Ada Anon of September 16, 2005 which is self-explanatory.

Probation Officer Azarian is fully familiar with Mr. Santana's medical condition.

Please accept this letter as a request to postpone Mr. Santana's incarceration until a date after October 20, 2005 as per the Doctor's note in that Mr. Santana needs specialized medical supervision at this point.

## ADDABBO & GREENBERG

Thank you for your attention.

Very truly yours,

ADDABBO & GREENBERG

Todd D. Greenberg

TDG/cap
Enclosure
cc: Via Fax : (718) 254-6076
United States Attorney
One Pierrepont Plaza
Brooklyn, New York 11201

Attention: Nicole Boeckmann, AUSA

File No. 6282/05

2

**ADA M. ANON. M.D.**
88 SIEGEL STREET
BROOKLYN, N.Y. 11206

(718) 388-5770
(718) 388-5771

September 16, 2005

To Whom It May Concern:

This letter is in reference to Mr. Hector Santana, D.O.B. 12/27/55. He is suffering from severe Hypertension, first stage Renal failure and Cardiovascular disease.

Three weeks ago he was uncompensated and had severe chest pain, due to this reason he was admitted to the Beth Israel Hospital. He had Cardiac Catherization with and stent placement in one of his main Coronary artery.

Mr. Santana is taking the following medication: Plavix 75mg. once a day, Lavetalol 300mg. twice a day, Accupril 40mg. bid, Norvasc 5mg. once a day, and Lipitor 40mg. once a day. Due to his condition he must return for follow up to the Beth Israel Hospital on 10/20/05, or to my office, or to the E.R. PRN.

After the day of his follow up on 10/20/05, we hope that he could attend to his obligations, but he needs to have frequently specialized medical supervision and attention.

Sincerely,

*[signature]*

ADA M. ANON M.D.
88 SEIGEL STREET
BROOKLYN, N.Y. 11206

Dr. Ada Anon, M.D.

**Beth Israel Medical Center**
Phillips Ambulatory Care Center
General Medical Associates
10 Union Square East
New York, NY 10003
For inquiries call 212-844-8100

NAME: Santana, Hector   AGE: ___
ADDRESS: ___   DATE: ___

Not Valid for Controlled Substances

Patient had cardiac catherization on 9/1/2005 with a stent placement in his coronary artery - He is required to follow up 10/20/2005.

Prescriber's Signature

STACY SUDEN, M.D.
LIC # 214631
UPIN #: H00593

Dispense as Written

AO 245D (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court
## Eastern District of New York

UNITED STATES OF AMERICA
v.
HECTOR SANTANA

JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: 91-CR-414

TOOD GREENBERG
Defendant's Attorney

**THE DEFENDANT:**

[X] admitted guilt to violation of condition(s) TWO (2) of the term of supervision.

[ ] was found in violation of condition(s) _____ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| TWO0 (2) | NEW CRIMINAL CONDUCT ASSULT IN THE 3RD DEGREE | 4/29/05 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[ ] Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines' restitution, costs and special assessments imposed by this judgment are fully paid.

Defendant's Soc Sec No.: 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
Defendant's Date of Birth: December 27, 1955
Defendant's USM No.: 37005-053
Defendant's Residence Address
186 ASHFOR STREET BROOKLYN, N.Y.

Defendant's Mailing Address.
186 ASHFOR STREET BROOKLYN, N.Y.

August 22, 2005
Date of Imposition of Judgment

Signature of Judicial Officer

REENA RAGGI UNITED STATES CIRCUIT JUDGE
Name & Title of Judicial Officer

8/23/05
Date

DEFENDANT: HECTOR SANTANA
CASE NUMBER: 91-CR-414

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 5 MONTHS & 24 DAYS

THE DEFENDANT IS SENTENCED ON COUNT TWO (2) OF THE VIOLATION OF PROBATION TO 5 MONTHS & 24 DAYS WITH THE SPECIAL CONDITION THAT THE DEFENDANT IS TO SURRENDER ON 9/22/05 @ 12:00P.M. THE DEFENDANT IS TO PARTICIPATE IN A MENTAL HEALTH PROGRAM AS DIRECTED BY PROBATION DEPARTMENT.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ a.m./p.m. on _____
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
    Deputy U.S. Marshal

DEFENDANT: HECTOR SANTANA
CASE NUMBER: 91-CR-414

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of NINE YEARS (9)

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☐ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below) The defendant shall also comply with the additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: HECTOR SANTANA

CASE NUMBER: 91-CR-414

Judgment-Page 4 of 4

## SPECIAL CONDITIONS OF SUPERVISION

THE DEFENDANT SHALL PARTICIPATE IN A MENTAL HEALTH PROGRAM AS DIRECTED BY THE PROBATION DEPARTMENT.